# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| City Of Austin, City of San Marcos, Travis County, Hays County, Barton Springs Edwards Aquifer Conservation District, Larry Becker, Arlene Becker, Jonna Murchison, Mark Weiler § § § § § | CIVIL NO: AU:20-CV-00138-RP |

vs.

Kinder Morgan Texas Pipeline, LLC, Permian Highway Pipeline, LLC, United States Department of Interior, David Bernhardt, U.S. Fish and Wildlife Service, Aurelia Skipwith

## ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, February 14, 2020 at 02:00 PM**.

IT IS SO ORDERED this 12th day of February, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE